IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JESSE BEUMER, | ) |
| Plaintiff, | ) ) ) |
| | ) Civil Action No. 2:13-cv-110 |
| v. | ) ) |
| TRANSWORLD SYSTEMS, INC. d/b/a NORTH SHORE AGENCY | ) ) ) |
| Defendant. | ) ) ) |

Ronald S. Weiss (#0076096)
7035 Orchard Lake Road, Suite 600
West Bloomfield, MI 48322
RWeiss@AttorneysForConsumers.com
(888) 595-9111 ext. 230
(248) 737-8003 Fax
*Lead Counsel for Plaintiff*
*Co-Counsel to Weisberg & Meyers, LLC*

**Correspondence address**
Weisberg & Meyers, LLC
5025 N. Central Ave., #602
Phoenix, AZ 85012

**ORDER ON PARTIES STIPULATION TO DISMISS WITH PREJUDICE**

The court, having considered the parties Stipulation to Dismiss, GRANTS the Stipulation and the suit is dismissed with prejudice.

SO ORDERED.

Dated  June 13 , 2013.

_____
UNITED STATES DISTRICT JUDGE